HUTCHINSON v. SCHNAUSS, administrator; *et al.*

ATKINSON, J.  The judge did not abuse his discretion in granting an order enjoining both the plaintiff and the defendants, which order tended to preserve the status until final trial.
                       *Judgment affirmed.    All the Justices concur.*
                                      JULY 9, 1912.

Injunction.   Before Judge Thomas.   Berrien superior court. August 16, 1911.

*O. M. Smith* and *Twiggs & Gazan,* for plaintiff.
*W. D. Buie* and *Denmark & Griffin,* for defendants.